No. 435. McALLISTER TOWING & TRANSPORTATION CO. *v.* AMERICAN DIAMOND LINES, INC., ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Chauncey I. Clark* for petitioner. *Mr. John W. Crandall* for respondents.

No. 436. DANCIGER ET AL. *v.* JACOBS, ADMINISTRATOR, ET AL. November 6, 1939. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. I. J. Ringolsky, Wm. G. Boatright,* and *Harry L. Jacobs* for petitioners. *Messrs. Donald W. Johnson* and *Charles V. Garnett* for respondents.

No. 440. GOUAX ET AL. *v.* BOVAY ET AL., TRUSTEES, ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Jackson* for petitioners. No appearance for respondents.

No. 451. CITY OF READING *v.* RAE. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Robert T. McCracken* for petitioner. *Mr. Roy G. Bostwick* for respondent.

No. 469. PETERSON ET AL. *v.* WOODS, COURT TRUSTEE, ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George T. Buckingham, Don Kenneth Jones,* and *Vincent O'Brien* for petitioners. No appearance for respondents.